UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81600-CV-MARRA
MAGISTRATE JUDGE REID

AARON MOHANLAL,

    Plaintiff,

v.

THE GEO GROUP, INC. et al.,

    Defendants.
_____/

## REPORT OF MAGISTRATE JUDGE

Service of process for defendants Johnny Wilson and Mark S. Inch[1] was originally due on August 28, 2019, i.e., 90 days after the May 30, 2019 filing of the amended complaint. [ECF No. 25]; Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). Summonses were issued and mailed to plaintiff on September 16, 2019. [ECF No. 47]. While there was a delay in issuing the summonses, plaintiff

---

[1] Plaintiff named Julie L. Jones, former Secretary of the FDOC, as a defendant. However, as Jones's successor, Mark S. Inch is the proper defendant. Fed. R. Civ. P. 25(d).

1

played a role in the delay because he did not file the proposed summonses until July 30, 2019. [ECF No. 35, p. 5].

The court first extended the deadline to serve Wilson and Inch to October 14, 2019, then to November 11, 2019, and finally to December 16, 2019. [*Id.*; ECF No. 43; ECF No. 49; ECF No. 57]. When extending the deadline to December 16, 2019, the court explicitly warned plaintiff that it would not grant any further extensions. [ECF No. 57]. It did so because the record did not show that plaintiff had made efforts to serve Wilson and Inch. [*Id.*].The December 16, 2019 deadline has passed, and plaintiff has yet to serve Wilson and Inch. Nor has he filed a motion for extension of time or otherwise attempted to explain his failure to do so.

Accordingly, it is recommended that defendants Wilson and Inch be DISMISSED from the case for failure to perfect service of process, and that all remaining claims against Wilson and Inch be dismissed without prejudice.

It is further recommended that Wilson and Julie L. Jones be TERMINATED from the docket as defendants.

Objections to this report may be filed with the district judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar plaintiff from a *de novo* determination by the district judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district judge except upon grounds of plain error or

manifest injustice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 148-53 (1985).

SIGNED this 27th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

Aaron Mohanlal
L69345
Okeechobee Correctional Institution
Inmate Mail/Parcels
3420 NE 168th Street
Okeechobee, FL 34972
PRO SE

Brett M. Waronicki
Wiederhold, Kummerlen & Waronicki, PA
340 Columbia Drive, Suite 111
West Palm Beach, FL 33409
561-615-6775
Fax: 561-615-7225
Email: bwaronicki@wmrfla.com