UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81600-CIV-MARRA

AARON MOHANLAL,

Plaintiff,

vs.

THE GEO GROUP INC., et al.,

Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSTION OF TIME, BASED ON EXCUSABLE NEGLECT, TO SERVE FORMAL PROCESS OF SUMMONS AND AMENDED COMPLAINT WITH EXHIBITS TO UN-SERVED DEFENDANTS**
**AND**
**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This matter is before the Court on Plaintiff's motion for an extension of time to serve un-

served defendants [DE 75] and the Report and Recommendation of the Magistrate Judge [DE

70]. Upon considering the motion, the Report and Recommendation and otherwise being duly

advised in the premises, it is hereby Ordered and Adjudged as follows:

The Court finds that Plaintiff has not shown that the Magistrate Judge's conclusion that

he failed to serve timely the 2 Defendants which he added to his Amended Complaint was

erroneous or an abuse of discretion. The Court docket reflects that the Clerk sent the summons

Plaintiff requested on September 16, 2019. [DE 47]. By his own admission, Plaintiff received a

document issued the same day by the Clerk returning his check for $50.00, advising Plaintiff

there was no charge for the issuance of the summons. [DE 56 at 7; DE 75 at 7]. It is not

reasonable to conclude that the Clerk returned Plaintiff's check to him on September 16, 2019,

but did not at the same time send him the summons which the docket reflects were, in fact, issued to him.

As a result, Plaintiff's Motion for an Extension of Time to Serve Formal Service of Process Upon Un-Served Defendants [DE 75] is DENIED.  Additionally, the Court affirms and adopts the Report and Recommendation of the Magistrate Judge [DE 70].

DONE AND ORDERED in Chambers in West Palm Beach, Florida,  this 25th day of November, 2020.

KENNETH A. MARRA
United States District Judge