UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81600-MARRA/MATTHEWMAN

AARON MOHANLAL,

Plaintiff,

vs.

THE GEO GROUP, INC.; WARDEN
CLAUDE MAYE; PATRICIA LOFTIS;
ETOSHA SLAUGHTER; K GRANTLEY;
J. FREDRICK; J. TAYLOR; JEAN
RICHEMOND and N. FINISSE,

Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This cause is before the Court upon Defendants, Claude Maye, Patricia Loftis, Etosha Slaughter, Eugene Grantlin1, and Jermaine Frederick (collectively, "Defendants") Corrected Consolidated Motions for Summary Judgment ("Motion") (DE 89).

This matter was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated January 25, 2021, has been filed. (DE 115.) The Report recommends that the Motion be granted in part and denied in part. The Court has conducted an independent *de novo* review of the file and no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation (DE 115) is **AFFIRMED AND ADOPTED**.

2) Defendants' Corrected Consolidated Motions for Summary Judgment (DE 89) is **GRANTED IN PART and DENIED IN PART**.

1

3) The Motion should be granted as to Plaintiff's due process claims (the "some evidence" claim, the loss of gain time credits, and the *Sandin v. Conner* claims) against Warden Maye and Slaughter, and as to Plaintiff's retaliatory transfer claim solely against Warden Maye and Sgt. Grantlin.

4) The remainder of the Motion should be denied.

5) Pursuant to Administrative Order 2021-12 In Re: Coronavirus Public Emergency, Eighth Order Concerning Jury Trials and Other Proceedings. The Chief Judge has continued all jury trials and trial specific deadlines in civil cases scheduled to begin on or after March 30, 2020 until May 3, 2021, pending further Order of the Court. When there is more certainty about the time and manner in which jury trials will once again take place in this district, the Court will schedule a status conference with the parties and reschedule the trial.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of February, 2021.

KENNETH A. MARRA
United States District Judge